Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

|  |  |  |
|---|---|---|
| **JA SOLAR TECHNOLOGY YANGZHOU CO., LTD, SHANGHAI JA SOLAR TECHNOLOGY CO., LTD., JA SOLAR CO., LTD. (A.K.A. JINGAO SOLAR CO., LTD.) AND JA SOLAR (XINGTAI) CO., LTD.,** | ) ) ) ) ) ) |  |
| **Plaintiffs,** | ) ) | **SUMMONS  Ct. No. 22-00232** |
| **v.** | ) ) |  |
| **UNITED STATES,** | ) ) |  |
| **Defendant.** | ) ) |  |

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1.    Plaintiffs in this action are JA Solar Technology Yangzhou Co., Ltd, Shanghai JA Solar Technology Co., Ltd., JA Solar Co., Ltd. (a.k.a. JingAo Solar Co., Ltd.) and JA Solar (Xingtai) Co., Ltd., manufacturers/exporters of the subject merchandise.  Plaintiffs were parties to the proceeding that led to the contested determination and are interested parties pursuant to 19 U.S.C. § 1677(9)(A).  Plaintiffs thus have standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

*2.*    Plaintiffs contest certain aspects of the final results of the eighth countervailing duty administrative review of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China made by the U.S. Department of Commerce's International Trade Administration.  The contested final results were published in the *Federal Register* as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2019*, 87 Fed. Reg. 40,491 (Dep't Commerce July 7, 2022) ("Final Results").
(Brief description of contested determination)

Form 3-2

3. <u>The Final Results were signed on June 29, 2022.</u>
(Date of determination)

4. <u>The Final Results were published in the *Federal Register* on July 7, 2022.</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

<u>/s/ Jeffrey S. Grimson</u>
Jeffrey S. Grimson
Kristin H. Mowry
Jill A. Cramer
Sarah M. Wyss
Bryan P. Cenko
Yixin (Cleo) Li
Jacob M. Reiskin
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
trade@mowrygrimson.com
*Counsel to Counsel to JA Solar Technology*
*Yangzhou Co., Ltd, Shanghai JA Solar*
*Technology Co., Ltd., JA Solar Co., Ltd.*
*(a.k.a. JingAo Solar Co., Ltd.) and JA Solar*
*(Xingtai) Co., Ltd.*

Date: <u>August 5, 2022</u>

Form 3-2

**SEE REVERSE SIDE**

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

> Attorney-in-Charge
> International Trade Field Office
> Commercial Litigation Branch
> U.S. Department of Justice
> 26 Federal Plaza
> New York, NY 10278-0140

> General Counsel
> U.S. Department of Commerce
> 14th & Constitution Avenue, NW
> Washington, DC 20230

> Attorney-in-Charge
> Commercial Litigation Branch
> Civil Division
> U.S. Department of Justice
> Civil Division Room, 12124
> 1100 L Street, NW
> Mail Stop 5875 HCHB
> Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)